**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOLA LUCIO,
Individually

        Plaintiff,                  Case No. 2:24-cv-13115

v.                                      Hon. Brandy R. McMillion

V&R CLARKSTON, LLC
A Limited Liability Company

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the stipulation of the parties, by and through undesigned counsel, agreeing to dismiss this action with prejudice, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  February 11, 2025                        s/Brandy R. McMillion
                                                                Hon. Brandy R. McMillion
                                                                 United States District Court Judge

The parties, through their counsel, hereby stipulate to a Dismissal with Prejudice.

Stipulated and agreed to this 11th day of February, 2025 by:

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Scott S. Holmes* |
| Pete M. Monismith | Scott S. Holmes |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |
| Pete M. Monismith, PC | Foley Mansfield |
| Pete M. Monismith (P78186) | Scott S. Holmes (P66580) |
| 3945 Forbes Ave., #175 | 130 East Nine Mile Road |
| Pittsburgh, PA  15213 | Ferndale, MI 48220 |
| (724) 610-1881 | 248-721-8155 |
| pete@monismithlaw.com | sholmes@foleymansfield.com |